UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

v.                                                                                      24 CR 385 (TSC)

**MALIQUE LEWIS**

MOTION FOR APPOINTMENT OF NEW COUNSEL

Malique Lewis, through counsel Heather Shaner, now moves this Court for Appointment of new counsel.

WHEREFORE the parties request the Court permit Heather Shaner to withdraw and to appoint new counsel at the request of the defendant.

Respectfully submitted,

_____/s/_____
H. Heather Shaner, Esq. DC 273276
Appointed by the Court
1702 S St. N.W.
Washington, D.C. 20009
Tel. 202 265 8210
hhsesq@aol.com